# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

IN RE:                          *
                                *
**JAMES R. DRIGGERS,**          *       **Case No. 10-03859**
                                *
Debtor.                         *       **Chapter 13**

## MOTION TO APPROVE SETTLEMENT

COMES NOW the Debtor in the above referenced case, appearing by and through the undersigned attorney, and respectfully represents as follows:

1.      Debtor filed a Chapter 13 case on August 19, 2010, and the plan has been confirmed.

2.      On or about May 14, 2010, Beneficial Alabama, Inc. ("Beneficial") filed a Complaint in the Circuit Court of Baldwin County, Alabama against James Driggers. The case is styled Beneficial v. James Driggers, CV-10-900867. The Complaint asserts claims against James Driggers for ejectment. Mr. Driggers filed an Answer and Counterclaim alleging Breach of Contract, wrongful foreclosure and other various claims.

3.      The parties have reached a settlement, pending this Court's approval, which the undersigned believes to be fair and reasonable and in the Debtor's best interest.

4.      The settlement includes reinstatement of the loan between the debtor and Beneficial, a modification of the prior mortgage at 5.25% with principal and interest payments of $670.61 per month and payment of $4,000.00 in attorney fees. The first payment under the terms of the modification is scheduled for October 1st 2011.

5.      Mr. Drigger's moves the Court to allow and approve the settlement and modification of the mortgage loan with Beneficial. Debtor is receiving no cash as part of this settlement.

**WHEREFORE,** Debtor moves this Honorable Court to approve the proposed settlement and release of proceeds after the motion has been heard.

Respectfully submitted this 14th day of September, 2011.


/s/ James D. Patterson_____
**James D. Patterson (PATTJ6485)**

**Of counsel:**
**Underwood & Riemer, PC**
**166 Government Street, Suite 100**
**Mobile, AL 36602**
**251-432-9212 (telephone)**
**251-433-7172 (facsimile)**
**jpatterson@alalaw.com**

## CERTIFICATE OF SERVICE

I, James D. Patterson, certify that I have served a copy of the foregoing on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, the 13th day of September, 2011.

James R. Driggers
PO Box 361
Foley AL 36535

John C. McAleer, III Trustee
PO Box 1884
Mobile AL 36633

/s/ James D. Patterson
**James D. Patterson**