# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

IN RE:

JAMES R. DRIGGERS,     Case No. 10-03859

Debtor.

Chapter 13

## ORDER

This matter came before the Court on the Debtor's Motion to approve settlement and disbursement of settlement proceeds resulting from Debtor's claim against Beneficial. Upon consideration the Court finds that the Motion is GRANTED.

It is ORDERED that the proposed settlement is approved.

Dated: October 11, 2011

WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE