IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

**James Ronald Driggers**                    CASE NO. 10-03859

**Debtor.**

## ORDER ON REAFFIRMATION HEARING

The debtor, James Ronald Driggers filed a motion for approval of the reaffirmation agreement on September 21, 2012 between the debtor and Beneficial Alabama, Inc..

The court grants the debtor's motion under 11 U.S.C. § 524 (c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor or a dependent of the debtor and as being the best interest of the debtor.

Dated:   November 1, 2012

/s/ William S. Shulman
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE